UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND ANDERSON, RALPH BROWN,
EARL LARDNER, JAMES LARDNER,
ANTON WOLF and RICHARD WRIGHT,

      Plaintiffs,

v

      Honorable Paul D. Borman
      Case No.: 2:11-cv-10200
      Magistrate Judge Mark A. Randon

OTIS ELEVATOR COMPANY,

      Defendant.

---

### ORDER GRANTING PLAINTIFFS' SECOND MOTION TO COMPEL, GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE DOCKET NO. 11 AND VACATE ORDER ENTERED WITHOUT THE CONSENT OF PLAINTIFFS' COUNSEL AND FOR SANCTIONS UNDER RULE 11 AND THE INHERENT AUTHORITY OF THE COURT AND ACCEPTING THE WITHDRAWAL OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER

The parties to the above-captioned matter, by and through their undersigned counsel, stipulate and agree to the terms of this Order:

The Court, having considered this matter, hereby ORDERS as follows:

IT IS HEREBY ORDERED Plaintiffs' Second Motion to Compel is granted. Defendant shall respond to Plaintiffs' Second Set of Interrogatories within 7 days.

IT IS HEREBY ORDERED Plaintiffs' Motion to Strike Docket No. 11 and Vacate Order (Docket No. 12) is granted upon entry of the parties' proposed stipulated protective order which shall occur forthwith. Defendant shall produce personnel files subject to said order. Plaintiffs' motion for sanctions is denied.

IT IS FURTHER ORDERED that Defendant's Motion for Protective Order is withdrawn.

                                        s/Mark A. Randon
                                        Mark A. Randon
                                        United States Magistrate Judge

Dated: November 30, 2011

*Certificate of Service*

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 30, 2011, electronically.

                                        *s/Melody R. Miles*
                                        *Case Manager to Magistrate Judge Mark A. Randon*
                                        *(313) 234-5542*

**Approved as to form and substance:**

/s/  Darcie R. Brault (P43863) w permission via email on 11-16-11
Darcie R. Brault  (P 43863)
Dib, Fagan and Brault, P.C.
Attorney for Plaintiffs
25892 Woodward Avenue
Royal Oak, MI 48067-0910
(248) 542-6300
**dbrault@dibandfagan.com**


/s/ Thomas G. Cardelli (P31728)
Thomas G. Cardelli  (P 31728)
Cardelli, Lanfear & Buikema, P.C.
Attorney for Defendant
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100
**tcardelli@cardellilaw.com**