UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND ANDERSON, RALPH BROWN,
EARL LARDNER, JAMES LARDNER, ANTON
WOLF and RICHARD WRIGHT,

    Plaintiffs,

-vs-

OTIS ELEVATOR COMPANY,
a foreign Corporation,

    Defendant.

Case No. 11-cv-10200
Hon. Paul D. Borman
Magistrate Judge Mark A Randon

### ORDER GRANTING PLAINTIFFS' THIRD MOTION TO COMPEL AND PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE TEN DEPOSITION LIMITATION OF FEDERAL RULE OF CIVIL PROCEDURE 30

This cause having come on to be heard by the Court on Plaintiffs' Third Motion to Compel and Plaintiffs' Motion for Leave to Exceed the Ten Deposition Limitation of Federal Rule of Civil Procedure 30, the parties having filed briefs and oral argument having been heard, the motions are granted as follows:

Defendant shall answer Plaintiffs' Fourth Request for Production Number 1 and 3 by supplementing their response with the monthly reports referenced on the record, subject to redaction. Defendant shall produce a declaration indicating that there are no additional responsive documents beyond the production of the monthly reports.

Defendant shall produce a declaration or declarations from an employee or employees of Defendant who will state that inquiry has been made and that there are no facts which would indicate that UTC, or any of its employees, was in any way involved in the decisions to make a reduction in force vis a vis the Plaintiffs; and that a search was conducted and that there are no further responsive documents, other than what Defendant has previously produced, relative to Plaintiffs' Fourth Request for Production

Number 7.

Defendant shall provide the date of birth and race of Howerter.

Defendants shall comply with the requirements of this order by March 7, 2012.

Plaintiffs' Motion for Leave to Exceed the Ten Deposition Limitation of Federal Rule of Civil Procedure 30 is granted. Plaintiff may be allowed the deposition of John Mosella, Defendants' expert witness(es), and one additional deposition, if necessary.

                    s/Mark A. Randon
                    MARK A. RANDON
                    UNITED STATES MAGISTRATE JUDGE

Dated:  February 15, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, February 15, 2012, by electronic and/or ordinary mail.*

                    *S/Melody R. Miles*
                    *Case Manager to Magistrate Judge Mark A. Randon*

Approved as to form only

By: /s/ *Darcie R. Brault*
Darcie R. Brault (P43864)
DIB, FAGAN AND BRAULT, P.C.
Attorney for Plaintiffs
25892 Woodward Avenue
Royal Oak, MI  48067-0910
(248) 542-6300
dbrault@dibandfagan.com

By: /s/ *Lisa C. Walinske* w/ consent
Lisa C. Walinske (P62136)
CARDELLI, LANFEAR & BUIKEMA, P.C.
Attorneys for Defendant
322 W. Lincoln
Royal Oak, MI  48067
(248) 544-1100
lwalinske@cardellilaw.com